



FELONY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND FEDERAL CONTROLLED SUBSTANCES ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-00010** |
| **v.** | * | **SECTION:** SECT. R MAG.5 |
| **RUEBEN CAIN a/k/a "Reuben Cain"** | * | **VIOLATIONS: 21 U.S.C. § 841(a)(1)** |
| | * | **21 U.S.C. § 841(b)(1)(A)** |
| | * | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | | **18 U.S.C. § 922(g)(1)** |
| | | **18 U.S.C. § 924(a)(2)** |

* * *

The Grand Jury charges that:

**COUNT 1**

**(Possession with the Intent to Distribute 400 Grams or More of Fentanyl)**

On or about October 23, 2019, in the Eastern District of Louisiana, the defendant, **RUEBEN CAIN, a/k/a "Reuben Cain,"** knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II drug controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

**(Possession of Firearms In Furtherance of a Drug Trafficking Crime)**

On or about October 23, 2019, in the Eastern District of Louisiana, the defendant, **RUEBEN CAIN, a/k/a "Reuben Cain,"** did knowingly possess firearms, to wit: (1) a Diamondback 5.56x45 caliber assault rifle bearing serial number DB174551; (2) a Rossi .38 caliber special revolver bearing serial number B556284; (3) a Glock 19 9mm firearm bearing serial number ACHN435; (4) a Taurus 9mm firearm bearing serial number THY81972; (5) a Smith and Wesson Model 19 .357 magnum revolver bearing serial number 74774; (6) an AK-47 7.62x39 caliber assault rifle, bearing serial number S011242; (7) an E.A. Co. Model J-15 AR-15 assault rifle bearing serial number 033269; and (8) a Glock 17 9mm firearm bearing serial number BGUB751, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with the intent to distribute 400 grams or more of fentanyl, as alleged in Count 1 of this Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT 3

**(Felon in Possession of Firearms)**

On or about October 23, 2019, in the Eastern District of Louisiana, the defendant, **RUEBEN CAIN, a/k/a "Reuben Cain,"** knowing he has previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit, (1) a Diamondback 5.56x45 caliber assault rifle bearing serial number DB174551; (2) a Rossi .38 caliber special revolver bearing serial number B556284; (3) a Glock 19 9mm firearm bearing serial number ACHN435; (4) a Taurus 9mm firearm bearing serial number THY81972; (5) a Smith and Wesson Model 19 .357 magnum revolver bearing serial number 74774; (6) an AK-47 7.62x39

caliber assault rifle, bearing serial number S011242; (7) an E.A. Co. Model J-15 AR-15 assault rifle bearing serial number 033269; and (8) a Glock 17 9mm firearm bearing serial number BGUB751, and the firearms were in and affecting commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**NOTICE OF FORFEITURE**

1. The allegations of Counts 1 through 3 are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **RUEBEN CAIN, a/k/a "Reuben Cain,"** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offense, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offense, including but not limited to any firearm or ammunition described above and the following:

$2,000 U.S. currency;

$153,550 U.S. currency.

3. As a result of the offenses alleged in Counts 2 through 3, the defendant, **RUEBEN CAIN, a/k/a "Reuben Cain,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



PETER G. STRASSER
UNITED STATES ATTORNEY

JONATHAN L. SHIH
Assistant United States Attorney

New Orleans, Louisiana
January 24, 2020

FORM OBD-34

No.______

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**RUEBEN CAIN**
**a/k/a "Reuben Cain"**

# INDICTMENT

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT**

**VIOLATIONS: 21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(A)**
**18 U.S.C. § 922(g)(1)**
**18 U.S.C. §924(a)(2)**
**18 U.S.C. §924(c)(1)(A)(i)**

*Filed in open court this* ______________ *day of* _____ *A.D. 2020.*

______________________________
*Clerk*

*Bail, $* ______________________________

**JONATHAN L. SHIH**
**Assistant United States Attorney**