UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-10 |
| v. | * | SECTION: "R" |
| RUEBEN CAIN | * | |

\* \* \*

### O R D E R

Considering the foregoing,

**IT IS HEREBY ORDERED** that David Haller be substituted for Jonathan L. Shih as counsel of record for the United States of America in the above-captioned case.

**IT IS FURTHER ORDERED** that Jonathan Shih be and is hereby withdrawn as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this <u>28th</u> day of July, 2022.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE