UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-10 |
| RUEBEN CAIN | SECTION P(5) |

## RE-NOTICE OF TRIAL
**(Previously set before Section R on 8/21/2023, transferred to Section P)**

### PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING

Take Notice that this criminal case has been reset for **TRIAL** on **November 13, 2023 at 9:00 a.m.,** in open court, before The Honorable Darrel James Papillion, Federal Courthouse Building, 500 Poydras Street, Courtroom C551, New Orleans, LA 70130. A final pretrial conference will be held on **November 1, 2023 at 3:00 p.m.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: August 8, 2023 | CAROL L. MICHEL, CLERK<br>by: Courtney Ancar, Deputy Clerk |
| TO:<br>RUEBEN CAIN (Custody) | AUSA David E. Haller |
| **COUNSEL FOR DEFENDANT:**<br>James R. Washington, III | U.S. Marshal |
| | U.S. Probation/Pretrial Services Unit |
| | **JUDGE PAPILLION** |
| | **MAGISTRATE JUDGE** |
| If you change address, notify<br>Clerk of Court by phone,<br>(504) 589-7715 | FOREIGN LANGUAGE<br>INTERPRETER: NONE |